**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **TANYA GLEEN BUTLER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **POLICE AND FIRE FEDERAL CREDIT** | : | **NO.:  19-cv-3922** |
| **UNION & SQUARE, INC.** | : | |

## O R D E R

      **AND NOW**, this **6TH day of SEPTEMBER 2019**, in accordance with the

court's procedure for random reassignment of cases, it is hereby,

      **ORDERED** that the above-captioned case is reassigned from the

calendar of the Honorable Cynthia M. Rufe, to the calendar of the Honorable Jan E.

DuBois.


           **FOR THE COURT:**


           **JUAN R. SÁNCHEZ**
           **Chief Judge**


           **ATTEST:**

           *Kate Barkman*

           **KATE BARKMAN**
           **Clerk of Court**