# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA GLENN BUTLER,<br><br>    Plaintiff,<br><br>vs.<br><br>POLICE AND FIRE FEDERAL<br>CREDIT UNION & SQUARE, INC.,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 2:19-cv-03922<br><br>**NOTICE OF APPEARANCE** |

## **NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant, Square, Inc., in the above-noted matter.

Dated: September 25, 2019

                                  STRADLEY RONON STEVENS &
                                  YOUNG, LLP

                                  */s/Andrew K. Stutzman*
                                  Andrew K. Stutzman (PA ID No. 72922)
                                  Christopher A. Reese (PA ID No. 308939)
                                  STRADLEY RONON STEVENS & YOUNG, LLP
                                  2005 Market Street, Suite 2600
                                  Philadelphia, PA 19103-7018
                                  T: (215) 564-8008
                                  F: (215) 564-8120

# CERTIFICATE OF SERVICE

I, Andrew K. Stutzman, hereby certify that the foregoing Entry of Appearance was served via CM/ECF upon the following:

Gregory Gorski
Gorski Law PLLC
1635 Market Street, Suite 1600
Philadelphia, PA 19103
Attorneys for Plaintiff
Tanya Glenn Butler

*/s/ Andrew K. Stutzman*
Andrew K. Stutzman
Christopher A. Reese

Date: September 24, 2019

4269657v.1